THOMAS W. KELLY, AS EXECUTOR OF THE ESTATE OF THORNTON C. LAND, PLAINTIFF-APPELLANT, v. SIDNEY GLASER, ACTING DIRECTOR, DIVISION OF TAXATION, DEPARTMENT OF THE TREASURY, DEFENDANT-RESPONDENT.

Argued October 13, 1971—Decided November 8, 1971.

*Mr. Thomas W. Kelly,* a member of the New York bar, argued *pro se* (*Messrs. Milton, Keane & DeBona,* attorneys).

*Mr. Herbert K. Glickman,* Deputy Attorney General, argued the cause for respondent (*Mr. George F. Kugler, Jr.,* Attorney General of New Jersey, attorney).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed by the Appellate Division. *Kelly v. Glaser,* 112 *N. J. Super.* 419 (App. Div. 1970), *certif. granted* 57 *N. J.* 597 (1971). We do not pass upon the implications of the earlier cases of *Bente v. Bugbee,* 103 *N. J. L.* 608 (E. & A. 1927) or *Sullivan v. Margetts,* 9 *N. J. Super.* 189 (App. Div. 1950).

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and MOUNTAIN—7.

*For reversal*—None.